# United States District Court
## District of New Jersey

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **WARRANT FOR ARREST** |
| v. | |
| **GREGORY COOPER** | Criminal Number: 19-cr-112 (MCA) |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest __Gregory Cooper__

**and bring him forthwith to the nearest magistrate to answer a(n)**

_X_ Indictment  ___ Information  ___ Complaint  ___ Order of Court  ___ Violation Notice  ___ Probation Violation Petition

charging him with **conspiracy to commit bank fraud** in violation of Title 18, United States Code, Section 1349.

Hon. Mark Falk
**Name of Issuing Officer**

[signature]
**Signature of Issuing Officer**

U.S. Magistrate Judge
**Title of Issuing Officer**

May 22, 2019, Newark, NJ
**Date and Location**

Bail fixed at $ _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

_____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest | | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY**

DEFENDANT'S NAME:  Gregory Cooper

ALIAS: 

LAST KNOWN RESIDENCE:  795 Adams Lane, North Brunswick, NJ 08902

LAST KNOWN EMPLOYMENT: 

PLACE OF BIRTH:  New Jersey

DATE OF BIRTH:  12/30/1998

SOCIAL SECURITY NUMBER:  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

HEIGHT:  5'07"     WEIGHT:  120
SEX:  Male          RACE:  Black
HAIR:  Black        EYES:  Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:  Tattoos: right arm, left hand, right hand

FBI NUMBER:  936463AC2

COMPLETE DESCRIPTION OF AUTO:
  N/A

INVESTIGATIVE AGENCY AND ADDRESS:  U.S. Postal Inspection Service, Newark, New Jersey